10593.

EX PARTE COLEMAN *ET AL.* PETITION OF WALLACE

& BARRON *ET AL.*

(106 S. E. 572)

Interest—Interest Not Allowable on Judgment For Counsel Fees Not Entered.—Where a judgment for attorney's fees was not entered and enrolled as the law provides, so as to make it a money judgment, and was not a decretal order upon which an execution could issue, interest may not be allowed theron.

Before Sease, J., Union. Reversed.

Appeal from an order allowing interest on attorney's

fees of Wallace & Barron and Geo. S. Mower fixed by decree of the Probate Court.

For former appeals see: 106 S. C. 534; 111 S. C. 484.

*Mr. John Gary Evans,* for appellant, cites: *Attorneys' fees do not bear interest until reduced to judgment:* 55 S. C. 322. *Judgment must be enrolled:* Code Proc. 1912. Sec. 73; 1 Civ. Code 1912, Sec. 2516. *No execution could be issued:* Code Proc. 1912, Sec. 75; 30 S. C. 421. *Judgment in Probate Court is entered when inscribed on the abstract of judgments and enrolled:* Code Proc. 1912, Sec. 74. *Not adjudicated in former appeals:* 111 S. C. 484.

*Messrs. Wallace & Barron,* for respondents, cite: *Decree of Judge Smith is res adjudicata:* 1 Civ. Code 1912, Sec. 2516; 106 S. C. 541; 111 S. C. 486. *Attorney's fees draw interest after entry of judgment:* 55 S. C. 316; 49 S. C. 525.

March 22, 1921.

The opinion of the Court was delivered by Mr. Justice Watts.

This is the third appeal in this cause. This is an appeal from an order of his Honor, Judge Sease, sustaining an order of Probate Judge W. W. Johnson, wherein interest was allowed on attorneys' fee, due to Wallace & Barron and Geo. S. Mower, Esqs. The exceptions must be sustained. There was no entry and enrollment of the judgment, as the law provides for, so to make it a money judgment. "A decretal order upon which an execution may be taken out is a final decree." *Haskell v. Raoul,* 1 McCord, Eq. 32. "It must be a decree upon which an execution could be issued." *Ex parte Farrars in re Garrett v. Dial,* 13 S. C. 254.

Exceptions sustained, and order appealed from reversed.